IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:18-cr-00231-KJM |
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| MATTHEW MICHAEL FRATICELLI | |
| Defendant. | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel. He appeared in the Fresno Division on September 4, 2025. The Federal Defender would like to panel this case.

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Kyle Knapp is appointed to represent the above defendant in this case effective *nunc pro tunc* to September 8, 2025.

This appointment shall remain in effect until further order of this court.

DATED: September 9, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

-1-